# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL DAVITT,<br>  #91072 | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 3:10-cv-0228-HDM-VPC |
| vs. | ) <br> ) | |
| JANE DOE, *et al.*, | ) <br> ) | **ORDER** |
| Defendants. | ) <br> ) | |

Pursuant to the United States Court of Appeals for the Ninth Circuit's June 3, 2010 order (#10), the court has reviewed plaintiff Michael Davitt's motion entitled "motion for permission for leave from complaint" (#6), which the court construes as a motion to reconsider. Plaintiff's motion (#6) is hereby DENIED.

IT IS SO ORDERED.

DATED: June 9, 2010.

_____
UNITED STATES DISTRICT JUDGE